# United States District Court

DISTRICT OF **the Northern Mariana Islands**

UNITED STATES OF AMERICA,

Plaintiff,

v.

**JAMES A. SANTOS**

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 08 - 00020

FILED
Clerk
District Court

AUG 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JAMES A. SANTOS**

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Conspiracy (Count 1)**
**Wire Fraud (Count 2)**
**Theft Concerning Federal Funds (Count 3)**

RECEIVED
JUL 23 2008
US MARSHALS SERVICE-CNMI

in violation of Title __18__ United States Code, Section(s) __371, 1343, and 666__

and in violation of Title ____ United States Code, Section (s) ____

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 7-22-08  SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ 50,000.00 | by /s/ Alex R. Munson |
| | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at __USDC - NMI Horiguchi Bldg, Saipan CNMI__

| DATE RECEIVED  23 Jul 08 | NAME AND TITLE OF ARRESTING OFFICER  W. M. Calvert  CIDUSM #3086 / USMS NMI | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  11 AUG 08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____