**F I L E D**
Clerk
District Court

AUG 1 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case Nos. 08-00020 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER UNSEALING FILE |
| ) | |
| TIMOTHY P. VILLAGOMEZ, ) | |
| JOAQUINA V. SANTOS, ) | |
| JAMES A. SANTOS, and ) | |
| ANTHONY C. GUERRERO, ) | |
| ) | |
| Defendant ) | |

IT IS ORDERED that this matter be and hereby is unsealed.

DATED this 11th day of August, 2008.

_____
DAVID A. WISEMAN
Judge

AO 72
(Rev. 08/82)