PS 40
(REV. 6/05)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS

### NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO: United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

FROM: Melinda N. Brunson, U.S. Probation Officer
District of the Northern Mariana Islands
P.O. Box 502089
Saipan, MP 96950

FILED
Clerk
District Court

AUG 25 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

[X] **Original Notice**          [ ] **Notice of Disposition**

Date: **August 11, 2008**        Date: _____

By: **Designated Judge David Wiseman**   By: _____

Defendant: **James A. Santos**          Case Number: **08-00020-004**
Date of Birth: **xx-xx-1961**           Place of Birth: **Rota, MP**
SSN: **xxx-xx-4657**

NOTICE OF COURT ORDER (Order Date: **August 11, 2008**)

[✔] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[✔] The above-named defendant surrendered Passport Number ___xxxxxxxx___ to the custody of the **U.S. District Court for the NMI.**

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    ☐ Not Convicted - Document returned to defendant.
    ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)