**Victorino DLG. Torres, Esq.**
**TORRES BROTHERS, LLC.**
**Attorneys At Law**
**P.O. Box 501856**
**Bank of Guam Bldg., 3rd Floor**
**Saipan, MP 96950**
**Tel: 670-233-5504/06**
**Attorneys for Mr. James A. Santos**

## UNITED STATES DISTRICT COURT
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08-00020 |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| TIMOTHY P. VILLAGOMEZ, ANTHONY C. GUERRERO, JOAQUINA V. SANTOS AND JAMES A. SANTOS, | |
| Defendant. | |

COME NOW Victorino DLG. Torres, Attorney at Law, to enter his appearance on behalf of Defendant James A. Santos, for the above entitled matter. Counsel respectfully requests from all counsels in the above entitled matter to serve or cause to be served on undersigned counsel any and all relevant and appropriate documents, pleadings and correspondence at undersigned counsel's address:

    VICTORINO DLG. TORRES
    TORRES BROTHERS, LLC
    Attorneys at Law
    P.O. Box 501856
    Saipan, MP 96950
    Tel. No. 233-5503, 4, 6
    Fax No. 233-5510

Respectfully Submitted this 26th day of August, 2008.

                                              _____/s/_____
                                              VICTORINO DLG. TORRES (F0253)
                                              Attorney for Defendant James A. Santos