1  THOMPSON LAW OFFICE, LLC
   Colin M. Thompson, Esq.
2  J.E. Tenorio Building
   PMB 917 P.O. Box 10001
3  Saipan, Mariana Islands 96950
   Telephone: (670) 233-0777
4  Facsimile: (670) 233 0776

5  *Attorney for Defendant James Santos*

6
                    UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN MARIANA ISLANDS
8

9  UNITED STATES OF AMERICA,            Criminal Case No. 08-00020

10            Plaintiff,                SUBSTITUTION OF COUNSEL FOR
                                        JAMES A. SANTOS
11 v.

12 TIMOTHY P. VILLAGOMEZ, ANTHONY C.
   GUERRERO, JOAQUINA V. SANTOS AND
13 JAMES A. SANTOS,

14            Defendant

15

16

17     COMES NOW, Defendant James A. Santos, to hereby substitute and replace present

18 counsel of record in this matter with Mr. Victorino DLG. Torres.

19     Pursuant to LR 83.5 (g) (3), Mr. Victorino DLG. Torres, agrees to represent Defendant

20 James A. Santos and to assume all duties and responsibilities regarding this matter as

21     /

22
       /
23
       /
24

25

26

27

28

1 | counsel of record, and I, Colin M. Thompson, hereby move to withdraw from this matter.

3 | Respectfully submitted this 22nd day of August, 2008.

7 | **THOMPSON LAW OFFICE, LLC**          **TORRES BROTHERS, LLC**

9 | /s/
Colin M. Thompson, Esq.                  Victorino DLG. Torres
Withdrawing Attorney for James A. Santos    Substituting Attorney for James A. Santos

Mr. James A. Santos
Defendant