1

**Victorino DLG. Torres, Esq.**
**TORRES BROTHERS, LLC.**

2

**Attorneys At Law**
**P.O. Box 501856**

3

**Bank of Guam Bldg., 3rd Floor**

4

**Saipan, MP 96950**
**Tel: 670-233-5504/06**

5

**Attorneys for Mr. James A. Santos**

6

### UNITED STATES DISTRICT COURT
### NORTHERN MARIANA ISLANDS

7

8

**UNITED STATES OF AMERICA,**                    **Criminal Case No. 08-00020.**

9

            **Plaintiff,**

10

        **v.**

                                **DECLARATION OF VICTORINO DLG.**
11
                                **TORRES IN SUPPORT OF MOTION TO**
**TIMOTHY P. VILLAGOMEZ, ANTHONY**              **EXTEND MOTION DEADLINE**
**C. GUERRERO, JOAQUINA V. SANTOS**
12
**AND JAMES A. SANTOS,**

13

            **Defendant.**

14

15

### DECLARATION

16

17

I, VICTORINO DLG. TORRES state the following:

18

1. I am over the age of 18, competent to testify to this declaration, have personal

19

knowledge to this declaration and would testify competently if called to do so.

20

2. That I was newly retained counsel to Mr. James A. Santos and have recently

21

substituted Mr. Colin Thompson.

22

3. That on or about August 21, 2008, I spoke with U.S. Assistant Attorney General

23

Mr. Eric O'Malley and requested for an extension; Mr. O'Malley agreed with an

24

extension.

25

26

4. Than on August 26, 2008, I again spoke with Mr. O'Malley and requested for an

27

extension to **September 22, 2008**; Mr. O'Malley agreed with the extension.

28

1

2

5. That in light on the numerous witnesses and voluminous documents and newly

retained counsel, this request for extension is needed.

I DECLARE under penalty of perjury that the above declaration is true and correct

and that this Declaration was executed on Saipan, Commonwealth of the Northern Mariana

Islands on August 26, 2008.

_____/s/_____
VICTORINO DLG. TORRES

-2.-