FILED
Clerk
District Court

AUG 2 6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case Nos. 08-00020 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER APPROVING |
| | ) | SUBSTITUTION OF |
| TIMOTHY P. VILLAGOMEZ, | ) | COUNSEL FOR DEFENDANT |
| JOAQUINA V. SANTOS, | ) | JAMES A. SANTOS |
| JAMES A. SANTOS, and | ) | |
| ANTHONY C. GUERRERO, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS ORDERED that attorney Victorino DLG Torres be and hereby is

allowed to substitute as attorney of record for defendant James A. Santos, effective

immediately.  Attorney Colin M. Thompson is relieved of any further obligation in

this matter.

DATED this 26th day of August, 2008.

ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)