F I L E D
Clerk
District Court

AUG 26 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case Nos. 08-00020 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER APPROVING |
| ) | STIPULATION TO EXTEND |
| TIMOTHY P. VILLAGOMEZ, ) | DEADLINE FOR FILING OF |
| JOAQUINA V. SANTOS, ) | PRE-TRIAL MOTIONS AS TO |
| JAMES A. SANTOS, and ) | DEFENDANT JAMES A. SANTOS |
| ANTHONY C. GUERRERO, ) | |
| ) | |
| Defendant ) | |

IT IS ORDERED that defendant James A. Santos' unopposed motion to extend the time in which to file pre-trial motions be and hereby is approved. Pre-trial motions shall be filed no later than 3:30 p.m., Monday, September 22, 2008.

DATED this 26th day of August, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)